UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUSTIN A. CARTER,

    Plaintiff,

v.                                                    Case No: 8:22-cv-1105-CEH-CPT

CARDINAL HEALTH 110 INC.,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Christopher P. Tuite on June 30, 2022 (Doc. 6). In the Report and Recommendation, Magistrate Judge Tuite recommends that the Court: (1) Deny Carter's IFP Motion (Doc. 2), without prejudice; (2) Dismiss Carter's complaint (Doc. 1) with leave to amend; (3) Grant Carter permission to file, within thirty (30) days of the Court's Order, an amended complaint that complies with the pleading requirements discussed and that also asserts one or more cognizable causes of action; and (4) Caution Carter that a failure to comply with the directives may lead to a dismissal of his case without further notice. Plaintiff was provided a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 6) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is DENIED, without prejudice.

(3) Plaintiff's Complaint (Doc. 1) is DISMISSED, with leave to amend.

(4) Plaintiff is granted leave to file an amended complaint within thirty (30) days of this Order, that complies with the pleading requirements discussed in the Report and Recommendation and that also asserts one or more cognizable causes of action.

(5) Failure to file an amended complaint within the time provided will result in the dismissal of this case without further notice from the Court.

**DONE AND ORDERED** at Tampa, Florida on July 18, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Christopher P. Tuite
Counsel of Record